# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DANNY TREY CROSSLAND** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-1595** |
| **CORRECTIONAL OFFICER COX** | **SECTION "A"(5)** |

## ORDER

The Court, having considered the complaint, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's suit is dismissed with prejudice for failing to state a claim for which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

New Orleans, Louisiana, this  30th  day of   September  , 2025.

_____
**JAY C. ZAINEY**
**UNITED STATES DISTRICT JUDGE**